USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

James Hurt, Jr.

     Plaintiff(s),

  - against -

City of New York;
John Does
     Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**SCHEDULING ORDER**

15 Civ. 7612 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

  WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) (the "Order"); and

  WHEREAS, the Order requires that the parties jointly prepare and sign a proposed Scheduling Order containing certain information;

  NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties; 3/30/2016
Δ - Angharad Wilson   π - David Thompson

(2) the date by which automatic disclosures will be exchanged; 4/1/2016

(3) a concise statement of the issues as they then appear; Identities of the subject officers

(4) a schedule including:

(a) the names of persons to be deposed and a schedule of planned depositions; James Hurt Jr., James Hurt Sr., Ashley Lopez, Jackie Marquez, 30(b)(6) witness to be completed by August 26, 2016 [June - August]
(b) a schedule for the production of documents; document requests to be propounded by April 15, 2016
(c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed; (i) September 22, 2016, rebuttal reports by October 20, 2016 (ii) November 18, 2016
(d) time when discovery is to be completed;

December 2, 2016

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

January 16, 2017

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

February 15, 2017

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

Sept. 13 at 4:30 p.m. (leave blank)

(5) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders; confidentiality order as contemplated under Local Rule 83.10

(6) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement; none at this time

(7) anticipated fields of expert testimony, if any; medical, economics

(8) anticipated length of trial and whether to court or jury; ~~~~; jury 4 DAYS

(9) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(10) names, addresses, phone numbers and signatures of counsel;

Anghared Wilson
Atty for City
100 Church St, NY, NY 10007
212-356-2572

DAVID THOMPSON
STECKLOW + THOMPSON
217 CENTRE ST 6TH FL.
NY NY 10013   212 5668000
Thompson

SO ORDERED:

SHIRA A. SCHEINDLIN
U.S.D.J.
3/30/16