

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ANGHARAD K. WILSON
*Assistant Corporation Counsel*
Phone: (212) 356-2572
Fax: (212) 356-3509
awilson@law.nyc.gov

April 21, 2016

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>James Hurt, Jr. v. City of New York et. al</u>, 15-cv-7612 (PKC)

Your Honor:

      I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendant City of New York. I write to request an adjournment of the initial conference that is currently scheduled before the Court on May 20, 2016 at 10:45 A.M. Plaintiff's counsel, David Thompson, kindly consents to this request. This is the first request of an adjournment of this conference. This adjournment is being requested because I will be out of the country from May 13th to May 28th. Mr. Thompson has also advised me that he is generally available for an adjourned conference, but is unavailable for the entire last week of June, as he is scheduled to be on trial during that time.

      Thank you for your attention in this matter.

      Respectfully submitted,

      /s

      Angharad K. Wilson
      Assistant Corporation Counsel