

**Z**ACHARY **W. C**ARTER
*Corporation Counsel*

# T**HE** C**ITY OF** N**EW** Y**ORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ANGHARAD K. WILSON
*Assistant Corporation Counsel*
Phone: (212) 356-2572
Fax: (212) 356-3509
awilson@law.nyc.gov

July 29, 2016

**VIA ECF**
Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>James Hurt, Jr. v. City of New York et. al</u>, 15-cv-7612 (PKC)

Your Honor:

I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, counsel for defendant City of New York. In accordance with the Court's individual rules, I write on behalf of all parties in the above-captioned matter to request an adjournment, *sine die*, of the settlement conference that is currently scheduled before the Court on August 2, 2016 at 10:30 A.M. This adjournment is being requested because the parties believe that there is currently no utility in attending the conference, given that a number of key factual issues, such as the identities of the alleged subject officers and the steps undertaken to find those officers, remain unresolved at this point and require further discovery. We believe that to move forward with the conference at this time would not be a fruitful use of either the Court's or the parties' time and energy.

Thank you for your attention in this matter.

Respectfully submitted,

/s

Angharad K. Wilson
Assistant Corporation Counsel