UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

James Hurt, Jr.,

       Plaintiff(s),

   -against-

City of New York,

       Defendant(s).

------------------------------------------------------------------

15 Civ. 7612 (PKC) (KNF)

AMENDED
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

  The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__  General Pretrial Supervision (includes scheduling, discovery, non-dispositive pretrial motions, and settlement but excludes any motion to amend the pleadings following the district judge's ruling on a dispositive motion)

_X_  Specific Discovery Dispute: <u>Letters DE 27 and DE 28.</u>

__  Discovery disputes when the district judge is unavailable.

__ Settlement*

__ Inquest on Damages

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__ To hear and report on motion
 [ ] dispositive   [ ] non-dispositive

__ To hear and report on habeas corpus petition

__ To hear and report on Social Security appeal

__ Dispositive motion (i.e., motion requiring a Report and Recommendation)

Particular motion:_____
_____

All such motions: ____

========================================================================

* Do not check if already referred for General Pretrial Supervision which includes settlement.

  SO ORDERED.

             /s/ P. Kevin Castel
             P. Kevin Castel
             United States District Judge

DATED: New York, New York
     November 28, 2016