UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HURT, JR

                Plaintiff(s),

- against -

CITY OF NEW YORK

                Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/17

15 Civ. 7612 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

    As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Defendant is out of compliance with Judge Fox's order on documents. Plaintiff may move for contempt at any time.

2. Parties never obtained a judicial extension of the discovery cut-off which expired on December 2, except for matters before Judge Fox. All discovery is extended to July 31, 2017. This date will not be extended for any reason.

The next Case Management Conference [~~the Final Pretrial Conference~~] will be held on ___Sept 6, 2017___ at ___12:30___ ~~am~~/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
4-21-17