UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JAMES HURT, JR.,

                        Plaintiff,                              15 Civ. 7612 (PKC)

        -against-

CITY OF NEW YORK, et al.,

                        Defendants.
----------------------------------------------------------x
CASTEL, District Judge:

```
ORDER
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/29/17
```

        Plaintiff's applications (Dkt 54 & 56) and defendants' response are disposed of as

follows (paragraph numbers correspond to plaintiff's letter of June 14, 2017 and the June 21,

2017 response):

        1.      Defendants shall search for the period July 1-2 for Sgt. Connizzo's

                vehicle. If no records are located, defendants shall file an affidavit by July

                12 describing their diligent efforts.

        2.      Defendants shall submit the proposed affidavit by June 30, 2017.

        3.      Defendants shall produce photos by July 5, 2017.

        4.      Defendants shall diligently seek to obtain records from Sprint and shall

                produce redacted records within 5 days of receipt.  If no records are

                received from Sprint, defendants shall file an affidavit by July 12

                describing their diligent efforts.

        5.      Defendants' proposal is approved.

        6.      Defendants shall diligently search for records relating to July 2 and

                produce them within 5 days of locating them.  If no records are found,

defendants shall file an affidavit by July 12 describing their diligent

efforts.

Discovery is extended to September 1, 2017.   All other requested relief is DENIED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
June 28, 2017

2