UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

JAMES HURT, JR

Plaintiff(s),

- against -

CITY OF NEW YORK

Defendant(s).

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/17

15 Civ. 7612 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Final Pretrial Submission consisting of voir dire, proposed instructions, verdict sheet, and Joint Pretrial Order and fully submitted in limine motions are due December 15, 2017.

2. Defendant may make a summary judgment motion provided it is fully submitted by December 15, 2017.

3. Estimated length of trial is 2 days.

The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
11-3-17