UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAMES HURT, JR.,

                                                            **NOTICE OF MOTION**

                                    Plaintiff,        15-CV-7612 (PKC)

        -against-

THE CITY OF NEW YORK, SERGEANT MICHAEL
CONNIZZO, and JOHN DOES 1-2

                                     Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Angharad Wilson, dated November 20, 2017, the exhibits attached thereto; the accompanying Memorandum of Law dated November 20, 2017; and upon all the papers and proceedings had herein, defendant The City of New York will move this Court, before the Honorable P. Kevin Castel, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York, 10007, on a date to be set by the Court, for an order pursuant to Fed. R. Civ. P. 56.1 dismissing plaintiff's claims against defendants together with such other

relief as the Court may deem just and proper.

Dated:     New York, New York
           November 20, 2017

                                      Respectfully submitted,
                                      ZACHARY W. CARTER
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendant*
                                      THE CITY OF NEW YORK
                                      100 Church Street, Room 3-153
                                      New York, New York 10007
                                      (212) 356-2572
                                      awilson@law.nyc.gov


                      By:       /s/
                                _____
                                Angharad Wilson