UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

JAMES HURT JR.,

                               Plaintiff,

             -against-

THE CITY OF NEW YORK, et al.,

                               Defendants.

**DECLARATION OF ANGHARAD WILSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

15-cv-7612

Hon. P. Kevin Castel

------------------------------------------------------------------------ X

ANGHARAD WILSON, for her declaration pursuant to 28 U.S.C. §1746, states:

1. I am an Assistant Corporation Counsel at the New York City Law Department and I am lead counsel for the City in this case. I make this declaration in support of defendants' motion to dismiss the complaint. I am fully familiar with the matters set forth below.

2. Attached to this declaration are the following exhibits:

| | |
|---|---|
| <u>Exhibit A</u> | Interview Details of the Interview of James Hurt Jr. by CCRB |
| <u>Exhibit B</u> | Referral Worksheet from IAB to CCRB |
| <u>Exhibit C</u> | CCRB Investigative Recommendations |
| <u>Exhibit D</u> | Bronx Anti-Crime Roll Call for July 1, 2014 |
| <u>Exhibit E</u> | Excerpt from the Deposition of Officer Frank Siciliano |
| <u>Exhibit F</u> | Bronx Court Electronic Sign-in Record |
| <u>Exhibit G</u> | NYPD Patrol Guide Section 211-05 |

| | |
|---|---|
| Exhibit H | Sergeant Connizzo Memobook Entries |
| Exhibit I | Officer Siciliano Memobook Entries |
| Exhibit J | July 12, 2017 Affidavit of Michael Joy |
| Exhibit K | July 13, 2017 Affidavit of Pierre Barbee |
| Exhibit L | February 3, 2017 Declaration of Desmond Power |
| Exhibit M | Redacted Cellular Records for Sergeant Connizzo |
| Exhibit N | Excerpt of Plaintiff's Deposition Transcript |
| Exhibit O | Photograph of Sergeant Connizzo |
| Exhibit P | June 30, 2015 Letter from CCRB to Samuel Cohen, Esq. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York, on November 20, 2017

                                                        /s/
                                      ANGHARAD K. WILSON (AW 1714)
                                      *Senior Counsel*