## Internal Case Information System
### Worksheet - CCRB Referral

| IA Log# | Case # | Top Allegation | Charged Command |
|---|---|---|---|
| 2014-22980 | CC-2014-1651 | FADO - UNNECESSARY FORCE | |

| Folder Type | Group | Preliminary Case Type |
|---|---|---|
| CIVILIAN COMPLAINT | CCRB LIAISON (CRB) | CIVILIAN COMPLAINT |

| Source | Source Number | Position Number |
|---|---|---|
| CALLER ID | | 2244 RECORDED |

| Date Entered | Worksheet Type | Date Reported | Date Assigned |
|---|---|---|---|
| 07/07/2014 | CCRB Referral | 07/07/2014 | 07/02/2014 |

| Jurisdiction | In or Near NYPD Command | Common Locations outside of NYC |
|---|---|---|
| | | |

| Address Location | Address Type |
|---|---|
| NYC | OCCURRENCE |

| Location Within | Building # | Street | Borough/City | State | Zip | Apt # |
|---|---|---|---|---|---|---|
| | 1003 | LONGFELLOW AVENUE | BRONX | NEW YORK | | |

| Cross Streets | Intersection of | Corner |
|---|---|---|
| ALDUS STREET EAST 165 STREET | | |

| Residential | Incident Premises Name if Known | Exact Location Within Premises Type, If Known | If Other |
|---|---|---|---|
| | | | |

| Occurrence/Effective On or From | Occurrence Through |
|---|---|
| 07/02/2014 0200 | |

| Last Name | First Name | Person Role | Person Status |
|---|---|---|---|
| HURT | NYS DOC JAMES | COMPLAINANT | STATE GOVERNMENT OFFICIAL |

| Taxid | Command | Rank | Shield No. |
|---|---|---|---|
| | | | |

| Appointment Date | Years Employed | Middle Name | Nickname/Alias/Middle Name |
|---|---|---|---|
| | 0 | | |

| Sex | Race | DOB | Age | Age From | Age To |
|---|---|---|---|---|---|
| MALE | | | 0 | 0 | 0 |

| Height | Weight | Condition | If Injured or Deceased Location |
|---|---|---|---|
| ft : , in : | 0 | | |

| Eye Color | Hair Color | Hair Length | U.S. Citizen | State/Country of Birth |
|---|---|---|---|---|
| | | | | |

| Address Loc. | Building # | Address | City | State | Zip | Apt # | Res. Pct. |
|---|---|---|---|---|---|---|---|
| UNKNOWN | | | | | | | |

| Address Loc. | Building # | Address | City | State | Zip | Apt # |
|---|---|---|---|---|---|---|
| | | | | | | |

| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-mail Address | Call Back Phone # |
|---|---|---|---|---|---|
| | | | | | 9145654535 |

CONFIDENTIAL     DEF 0047

ENCL. ___B1___

| Last Name | First Name | Person Role<br>SUBJECT | Person Status<br>UNKNOWN UNI MEM OF SERVICE |
|---|---|---|---|
| Taxid | Command | Rank | Shield No. |
| Appointment Date | Years Employed<br>0 | Middle Name | Nickname/Alias/Middle Name |

| Sex | Race | | DOB | Age<br>0 | Age From<br>0 | Age To<br>0 |
|---|---|---|---|---|---|---|
| Height<br>ft : , in : | | Weight<br>0 | Condition | | If Injured or Deceased Location | |
| Eye Color | | Hair Color | Hair Length | U.S. Citizen | State/Country of Birth | |

| Address Loc. | Building # | Address | City | State | Zip | Apt # | Res. Pct. |
|---|---|---|---|---|---|---|---|
| Address Loc. | Building # | Address | City | State | Zip | Apt # | |

| 1 | Full Allegation<br>FADO - Unnecessary Force | Classification<br>Arrest Effected | Allegation Index<br>O-Other | Allegation Date<br>07/03/2014 |
|---|---|---|---|---|

| Last Name<br>HURT JR. | First Name<br>JAMES | Person Role<br>VICTIM | Person Status<br>CIVILIAN NON MEMBER OF SERVICE |
|---|---|---|---|
| Taxid | Command | Rank | Shield No. |
| Appointment Date | Years Employed<br>0 | Middle Name | Nickname/Alias/Middle Name |

| Sex<br>MALE | Race | | DOB | Age<br>23 | Age From<br>23 | Age To<br>23 |
|---|---|---|---|---|---|---|
| Height<br>ft : , in : | | Weight<br>0 | Condition | | If Injured or Deceased Location | |
| Eye Color | | Hair Color | Hair Length | U.S. Citizen | State/Country of Birth | |

| Address Loc.<br>NYC | Building # | Address | City | State | Zip | Apt # | Res. Pct.<br>041 |
|---|---|---|---|---|---|---|---|
| Address Loc. | Building # | Address | City | State | Zip | Apt # | |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-mail Address | | Call Back Phone # | |

| Last Name<br>MARQUEZ | First Name<br>JAQULINE | Person Role<br>WITNESS | Person Status<br>CIVILIAN NON MEMBER OF SERVICE |
|---|---|---|---|
| Taxid | Command | Rank | Shield No. |

Page. 2

CONFIDENTIAL        DEF 0048

ENCL. B2

| Appointment Date | Years Employed 0 | | Middle Name | | Nickname/Alias/Middle Name | |
|---|---|---|---|---|---|---|
| Sex FEMALE | Race | | DOB | Age 0 | Age From 0 | Age To 0 |
| Height ft : , in : | Weight 0 | | Condition | | If Injured or Deceased Location | |
| Eye Color | Hair Color | | Hair Length | U.S. Citizen | State/Country of Birth | |

| Address Loc. NYC | Building # | Address | City | State | Zip | Apt # | Res. Pct. 041 |
|---|---|---|---|---|---|---|---|

| Address Loc. | Building # | Address | City | State | Zip | Apt # |
|---|---|---|---|---|---|---|

**Follow-Up Information :**
07/03/2014**THE ORIGINAL LOG #14-22822 WAS ASSESSED AS AN (M). THIS IS A SPIN OFF CCRB **FADO-FORCE ALLEGATION**

07/02/14 at 0837 hours, Ext. 2244, 911 Supervisor Hayes, Tax#324235, Comm. Sect. called the Command Center to report 911 Operator#1538 received a phone call from a female caller stating her nephew was assaulted by the Police. An unidentified Corrections Officer states his son was assaulted by the Police.(GP)(CH)

At 0843 hours, Ext. 2244 I/O called NYS DOC, Corrections Officer James Hurt Sr., states his son James Hurt Jr's girlfriend Ashley Lopez called stating he was assaulted by the police and was cut and did not know where he was. Mr. Hurt Jr. states he was in a cab when an unmarked vehicle pulled the cab over and (2) plainclothes officers walked up to the vehicle and asked him to step out of the cab. Mr. Hurt Jr. stated an officer searched him and at some point pushed his elbow into his chest and a struggle ensued. Mr. Hurt, Jr states during the struggle, he felt his left shoulder dislocate and the Officer struck him in the face. Mr. Hurt Jr. states the vehicle scraped up against his knees causing scratches to both his knees. Mr. Hurt, Jr states he then made his way over the fence, which caused him to sustain a long gash to his left forearm, a cut to his right middle finger, which he believed required stitches. (GP)

CONFIDENTIAL     DEF 0049
ENCL. B3