## BRONX ANTI-CRIME UNIT

| COLOR OF THE DAY: | GREEN | | | ZONE: | 4~~0~~ |
|---|---|---|---|---|---|

| RANK / NAME | SQUAD | R.M.P. | MEAL | ATTIRE | POST CHANGES |
|---|---|---|---|---|---|
| LT TO | 2 | 8365 | | | 1930 X 0445 |
| ~~LT MCANDREW~~ | 1 | 1549 | | | 1930 X 0445 |
| SGT BARNETT | 1 | 418 | | | 1930 X 0427 |
| SGT KNOWD | 2 | | | | ~~1930 X 0427~~ 1215 x 2112 |
| SGT CONNIZZO | 1 | 1075 | | | ~~1930 X 0427~~ 1915 x 0412 |
| SGT HARVEY | 2 | ~~1509~~ 1507-951 | | | ~~1930 X 0427~~ 1915 x 0412 |
| SGT CLEMENTS | 2 | ~~1514678~~ | | | 1930 X 0427  1915 x 0412 |
| SGT HEILIG | 2 | ~~678~~ 1549 | | | ~~1930 X 0427~~ 1915 x 0412 |
| | | | | | **COMMENTS** |
| | | | | | HAVE A SAFE TOUR ! |
| | | | | | THINK TACTICS |

| NOT PRESENT | | REASON | | | |
|---|---|---|---|---|---|
| LT SHEA | | VAC | | | |
| LT MCANDREW | | VAC | | | |

| M.O.S. | SQUAD | R.M.P. | MEAL | ATTIRE | POST CHANGES |
|---|---|---|---|---|---|
| PO GRACIANI | 1 | 1549 | | | 1930 X 0405  L/T Upfront |
| PO MACSWEEENEY | 1 | 1549 | | | 1930 X 0405 |
| PO MANNING | 2 | ~~1502~~ 951 | | | 1930 X 0405 |
| PO STOLTENBORG | 2 | ~~1502~~ 951 | | | 1930 X 0405 |
| PO URQUIAGA | 1 | 418 | | | 1930 X 0405 |
| PO OKTROVA | 1 | 418 | | | 1930 X 0405 |
| ~~PO LOPEZ S~~ | ~~2~~ | ~~8365~~ | | | 1930 X 0405 |
| ~~PO CAPPS~~ | ~~2~~ | ~~1514~~ | | | 1930 X 0405 |
| PO ASSADE | 2 | 8365 | | | 1930 X 0405 |
| PO SICILIANO | 1 | 1075 | | | 1930 X 0405 |

| NOT PRESENT M.O.S. | SQUAD | REASON | | | |
|---|---|---|---|---|---|
| PO RAPP | | 2 PLT | | | |
| PO SIGNORILE | | 2 PLT | | | |
| PO Capps | | R-day | | | |
| PO Lopez | | C/D | | | |

| DAY | DATE | TOUR | SQUAD | PAGE | PREPARED BY: |
|---|---|---|---|---|---|
| TUESDAY | 07/01/14 | 2ND PLT | SQD 1 | 1 OF 2 | PO RAPP |

DEF 1326

40 0001
LIE
2/12
0412
0412
F. Haly 0412

0405
04
0405
045
Arrest 1930
0705.

Wade Court 0005
0005 Court