UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
JAMES HURT, JR.,

        Plaintiff,

      vs.                      Case Number
                                  1:15-cv-07612-SAS

CITY OF NEW YORK, a municipal
entity, NEW YORK CITY POLICE
OFFICERS "JOHN DOES" 1-2,

        Defendants.
---------------------------------x


DEPOSITION OF SGT. FRANK SICILIANO

New York, New York

May 18, 2017

10:13 a.m.


Reported by:
ELIZABETH F. TOBIN, RPR
JOB NO. 50410

25

F. Siciliano

1  
2  handwrite in the roll call, right?
3      A.   Or lieutenants.
4      Q.   And you changed your tour on
5  this night, correct?
6          MS. WILSON: Objection.
7      A.   I didn't -- you know, I was --
8  received a court notification.
9  Obviously, you talked about midnight
10 hours, you know, how it destroys our
11 bodies a little bit. But if you received
12 like a late notification and you're
13 supposed to be at court in the morning,
14 you know, we're given the opportunity to
15 leave at midnight to try to get a little
16 time in between the two tours, whether
17 it's to sleep or, you know, to prepare
18 for the court case.
19     Q.   And you get the notification
20 for court at roll call, correct?
21     A.   I don't remember, you know,
22 exactly when I received that
23 notification. But most likely it was a
24 late notification like that night. I
25 don't know when it was handed to me.