|      |      |                    |     |       |                |      |
|------|------|--------------------|-----|-------|----------------|------|
| ---- | ---- | SCHEUBLIN, JEREMY  |     | 09.00 | CRIMINAL COURT | MSG  |
|      |      | 929457             | 043 |       | 2012BX063088   |      |
| 0936 | 1412 | SCIALABBA, LOUIS   |     | 19.00 | BXDA DAT WKEND | 4F14 |
|      |      | 955465             | 807 |       | B14640721      |      |
| ---- | ---- | SEMLER, ERIC M     |     | 09.00 | CRIMINAL COURT | MSG  |
|      |      | 920829             | 208 |       | 2012BX008132   |      |
| 0923 | 1327 | SHAW, DAYNESE N    |     | 09.00 | GRAND JURY     | FB   |
|      |      | 932653             | 043 |       | 2014BX034268   |      |

* INDICATES TESTIMONY TRAINING REQUIRED

---

REPORT NAME: ACRM  
BRONX COURTS

NEW YORK CITY POLICE DEPARTMENT  
BRONX APPEARANCE CONTROL UNIT  
ROLL CALL SHEET  
COURT DATE: 07/02/2014

| TIME IN | TIME OUT | MOS NAME TAX NUMBER | CMD | REPT TIME | COURT DESC COURT CASE# | ROOM PART |
|---------|----------|---------------------|-----|-----------|------------------------|-----------|
| ----    | ----     | SHAW, REUBEN J      |     | 09.00     | CRIMINAL COURT         | MSG       |
|         |          | 947488              | 052 |           | 2011BX041998           |           |
| 0838    | 1340     | SHELLEY, BENNETT D  |     | 09.00     | D.A.'S OFFICE          | 609       |
|         |          | 947489              | 047 |           | 2013BX020402           |           |
| 0838    | 1340     | SHELLEY, BENNETT D  |     | 09.00     | BRONX DA               | 818       |
|         |          | 947489              | 047 |           | 2014BX005084           |           |
| 0838    | 1340     | SHELLEY, BENNETT D  |     | 09.30     | BRONX DA               | 774       |
|         |          | 947489              | 047 |           | 2014BX012879           |           |
| 0908    | 1340     | SHERIDAN, MICHAEL J |     | 09.00     | CRIMINAL COURT         | 4A27      |
|         |          | 955478              | 044 |           | 2014BX032535           |           |
| 0937    | 1109     | SICILIANO, FRANK A  |     | 09.00     | CRIMINAL COURT         | AP3       |
|         |          | 939464              | 183 |           | 2014BX026625           |           |
| ----    | ----     | SIGNORILE, JOSEPH G |     | 09.00     | SUPREME COURT          | 3FL       |
|         |          | 949663              | 183 |           | 2014BX024434           |           |

```
0858   1327   BYANK, MICHAEL J                       09.00   BRONX DA           234B
               939955                          808           2014BX033910

       * INDICATES TESTIMONY TRAINING REQUIRED
```

```
REPORT NAME: ACRM                              NEW YORK CITY POLICE DEPARTMENT
BRONX COURTS                                    BRONX APPEARANCE CONTROL UNIT
                                                        ROLL CALL SHEET
                                                   COURT DATE: 07/02/2014

TIME    TIME   MOS NAME                              REPT    COURT DESC         ROOM
 IN     OUT    TAX NUMBER                       CMD  TIME    COURT CASE#        PART

-----   -----  CABRERA, GERSON O                      09.00  SUPREME COURT       FA
               948727                           044          2014BX034393

0934    1454   CAPELLAN, GARY R                       09.00  FAMILY COURT        6A14
               950154                           046          B14645421

0816    1017   CAPPS, CHRISTOPHE O                    09.00  GRAND JURY          FB
               943046                           183          2014BX034604

0842    1325   CAPRINO, VINCENT T                     09.00  GRAND JURY          809
               951589                           049          2014BX019479

0913    1309   CASILIMAS, ANGELICA M                  09.00  CRIMINAL COURT      AP5

               938188                           808          2014BX019349

0858    1339   CASSASE, ANTHONY A                     09.00  GRAND JURY          FA
               952553                           044          2013BX048796

0856    1129   CASTELLANO, CHRISTOPHE M               10.00  BXDA DAT UNIT       4F14
               946835                           049          B14641793

0856    1129   CASTELLANO, CHRISTOPHE M               09.00  CRIMINAL COURT      AP5
               946835                           049          2013BX072382

0932    -----  CASTILLO, JOHNNY                       08.00  BXDA DAT UNIT       4F14
               948523                           052          B14644419

0932    -----  CASTILLO, JOHNNY                       09.00  BRONX DA            816
               948523                           052          2014BX034733
```

DEF 1347

| | | | | | | |
|---|---|---|---|---|---|---|
| 0818 | 1457 | CLAUDIO, ALEX | | 09.00 | CRIMINAL COURT | MSG |
| | | 945593 | 048 | | 2013BX000283 | |
| 0913 | 1307 | COLLAZO, JOSE F | | 09.00 | CRIMINAL COURT | 4B26 |
| | | 945602 | 808 | | 2014BX008427 | |
| ----- | ----- | COLON, GEORGE | | 09.00 | CRIMINAL COURT | AP4 |
| | | 921223 | 264 | | 2013BX051245 | |
| 0935 | 1538 | COLON, WILSON M | | 09.00 | SUPREME COURT | FA |
| | | 920143 | 042 | | 2014BX034391 | |
| ----- | ----- | CONCANNON, WILLIAM | | 09.00 | GRAND JURY | FA |
| | | 945604 | 046 | | 2014BX033999 | |
| 0917 | 1542 | CONN, JAMES A | | 09.00 | CRIMINAL COURT | MSG |
| | | 952610 | 052 | | 2013BX020225 | |
| 0937 | 1109 | CONNIZZO, MICHAEL J | | 09.00 | CRIMINAL COURT | AP3 |
| | | 932485 | 183 | | 2014BX026625 | |
| ----- | ----- | CORIZZI, MICHAEL V | | 09.00 | D.A.'S OFFICE | 609 |
| | | 946879 | 047 | | 2013BX020402 | |
| 0840 | ----- | CORLETTE, LENNOX E | | 10.00 | BX CORP COU TU | 9FLR |
| | | 934685 | 046 | | 2009-006832 | |
| 0834 | 1324 | CORTEZ, JOSE D | | 09.00 | CRIMINAL COURT | AP2 |
| | | 936393 | 043 | | 2013BX019116 | |
| 0834 | 1324 | CORTEZ, JOSE D | | 09.30 | BRONX DA | 219B |
| | | 936393 | 043 | | 2014BX034198 | |
| 0834 | 1324 | CORTEZ, JOSE D | | 09.00 | GRAND JURY | FA |
| | | 936393 | 043 | | 2014BX034720 | |
| ----- | ----- | COSTELLO, MATTHEW T | | 09.00 | GRAND JURY | FA |
| | | 918448 | 269 | | 2014BX034722 | |

* INDICATES TESTIMONY TRAINING REQUIRED

DEF 1348