48 Book #6

**CITY OF NEW YORK**
**POLICE DEPARTMENT**

A 936120

Name: Sgt Cunizzo

Tax Reg. No. 932485

Date Opened: 5/1/13   Supervisory Officer: [signature]

Date Closed: _____   Supervisory Officer: _____

PD 112-145 (07-09)

CONFIDENTIAL   DEF 0060
ENCL. C1

7/1/14 Tues
1915 x au or PRBx Acu
1915 PIFD
2030 GF po sicitters
Rup 105
2360 10 GO
0005 Eat Sup
7/2/14 Wednes day
0500 x 1257
0900 PIFD
0940 SY @ BxcT
1500 GF Free Bxf
1557 Bxict Gd
7/3/14 thus-y
1915 x au or PRBx
Acu
1915 PIFD
2030 TF in Rup
105 Pt Suth
0405 Eat
7/4/14 DO
7/5/14 DE
7/6/14 Sunday
1915 x au or
1911 PIFD @ Bx
Acu
2030 GF w/ Pt
Siclau Pt Smith
14 Rup 135

CONFIDENTIAL   DEF 0061
ENCL. C2