CITY OF NEW YORK
**POLICE DEPARTMENT**

B  51319

Name _Siciliano, Frank_ Tax Reg. No. _8394/64_

Date Opened _10/8/13_ Supervisory Officer _____

Date Closed _____ Supervisory Officer _____

_____ Supervisory Officer _____

PD 112-145 (07-09)

CONFIDENTIAL

DEF 0064

ENCL. _C5_

```
1320: FOT UT RDO
FRIDAY 6/27/14 RDO
SHOOTING QUALIFICATION
1930: PFD at BXA
2030: 98 on patrol
0345: 10-62 @
0405: FOT PU
SATURDAY 6/28/14 RDO
SUNDAY 6/29/14 1930x0400
Act: BXA
2000: PFD UT UP front
2030: 98 on patrol
0405: FOT PU
MONDAY 6/30/14 1930x0400
Act: BXA
1930: PFD at BXA
2045: 98 on patrol
0350: 10-62 @
0405: FOT PO
TUESDAY 7/1/14 1930x0400
Act: BXA
1930: PFD at BXA
2030: 98 on patrol
2350: 1062 @
0400: FOT PO UT
Wednesday 7/2/14 0900x1735
Act: BXA COURT
0900: PFD at BXA
0940: 84 at BXCCE
```

PD112-145 (07-09)