UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JAMES HURT, JR.,                                        15 CV 7612

          Plaintiff,

                 **AFFIDAVIT**

    -against-

CITY OF NEW YORK, et al,

          Defendant.

------------------------------------------------------------------- x

I, **PIERRE BARBEE**, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

  1. I am employed by the New York City Police Department ("Department"). I currently hold the rank of Manager. I am currently assigned to the Life-Safety Systems Division/electronic section of the Information Technology Bureau as Manager of Radio Repair Operations. I have been employed by the Department since 1993. I have held my current position since September 2016. My duties include managing and supervising mechanics, installations, repairs and maintenance of all Department electronic equipment. Therefore, I am fully familiar with Mobile Digital Computers and the facts set forth below.

  2. This affidavit is based on a review of official Department records and databases, information provided to me from different units within the Department, and my personal knowledge. This affidavit is submitted pursuant to a court order in the above captioned case.

  3. On July 13th, 2017 I personally conducted a search of Department records related to "RMP 1075" (License Plate #DZV3983) to determine whether this vehicle contained a

Mobile Digital Computers on July 1ˢᵗ and 2ⁿᵈ of 2014. My search concluded that the subject vehicle did not contain a Mobile Digital Computers on July 1ˢᵗ and 2ⁿᵈ of 2014.

PIERRE BARBEE
Manager Radio Repair Operations

Sworn to before me this
13ᵗʰ day of July, 2017

NOTARY PUBLIC



JOHN F HAND
Notary Public - State of New York
NO. 01HA6204427
Qualified in Queens County
My Commission Expires