

Sprint

| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Michael Connizzo | [redacted] | Jun 21 - Jul 20 | Jul 24, 2014 |

# Call details

## [redacted] (Continued)

### Voice Call Details

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 119 | 06/30 | 11:41 PM | | | | | |
| 120 | 07/01 | 04:53 PM | [redacted] | WHITE PLS,NY | AU | 3:00 | |
| 121 | 07/01 | 06:51 PM | [redacted] | RONKONKOMA,NY | AU | 7:00 | |
| 122 | 07/01 | 10:38 PM | [redacted] | Incoming | NW/AU | 1:00 | |
| 123 | 07/01 | 11:57 PM | [redacted] | NEW YORK,NY | NW/AU | 1:00 | |
| 124 | 07/02 | 12:15 AM | [redacted] | NEW CITY,NY | NW/AU | 2:00 | |
| 125 | 07/02 | 12:20 AM | [redacted] | Incoming | NW/AU | 4:00 | |
| 126 | 07/02 | 09:42 AM | [redacted] | NEW YORK,NY | AU | 1:00 | |
| 127 | 07/02 | 11:28 AM | [redacted] | Incoming | AU | 4:00 | |
| 128 | 07/02 | 01:52 PM | [redacted] | NEW YORK,NY | AU | 2:00 | |
| 129 | 07/02 | 02:18 PM | [redacted] | Incoming | AU | 3:00 | |
| 130 | 07/02 | 07:04 PM | [redacted] | RONKONKOMA,NY | AU | 7:00 | |
| 131 | 07/02 | 07:12 PM | [redacted] | W MILFORD,NJ | AU | 1:00 | |
| 132 | 07/02 | 07:13 PM | [redacted] | MORRISTOWN,NJ | AU | 1:00 | |
| 133 | 07/02 | 07:18 PM | [redacted] | Incoming | AU | 3:00 | |
| 134 | 07/02 | 07:21 PM | [redacted] | NEW CITY,NY | AU | 2:00 | |
| 135 | 07/02 | 07:27 PM | [redacted] | HACKENSACK,NJ | AU | 3:00 | |

AU - Anytime/Plan Usage NW - Night and Weekends

Sprint

| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Michael Connizzo | [redacted] | Jun 21 - Jul 20 | Jul 24, 2014 |

# Call details

## [redacted] (Continued)

### Voice Call Details

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| **136** | 07/03 | 04:17 AM | | | | | |

NW - Night and Weekends AU - Anytime/Plan Usage OS - Operator Service AM - Off Network - Included in America Plan
CW - Call Waiting