2015-046446
SF-A. Wilson

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------------------------------X
    JAMES HURT, JR.,
 3
                                        PLAINTIFF,
 4
              -against-              Case No.:
 5                                   1-15-cv-07612-PKC

 6  THE CITY OF NEW YORK, a municipal entity, NYPD SERGEANT
    MICHAEL CONNIZZO (Shield DEFENDANT391, Tax ID 932485) and
 7  NYPD POLICE OFFICER JOHN DOE,

 8                                      DEFENDANTS.
    ------------------------------------------------------X
 9
10                       DATE:   October 5, 2017

11                       TIME:   11:00 A.M.

12

13

14            DEPOSITION of JAMES HURT, JR., the

15   Plaintiff, taken by the Defendants, pursuant to a Court

16   Order, held at the offices of the New York City Law

17   Department, 100 Church Street, New York, New York 10007,

18   before Gary Merola, a Notary Public of the State of New

19   York.

20

21

22

23

24

25
```

DIAMOND REPORTING  (877) 624-3287  info@diamondreporting.com
1

```
 1     A.    No.
 2     Q.    How far behind the cab was the police car?
 3     A.    I don't know how far.
 4     Q.    Was it one car length away?
 5     A.    I don't know.
 6     Q.    Was it more than one car length away?
 7     A.    Close enough.
 8     Q.    What do you mean by close enough?
 9     A.    Behind the car.  I didn't notice it.
10     Q.    At the point that you noticed the police car, did
11  you say anything to the driver?
12     A.    No.
13     Q.    Did the driver say anything to you at that point?
14     A.    No.
15     Q.    Did you and the driver have any conversations
16  other than you providing the driver with the address?
17     A.    No.
18     Q.    What happened next?
19     A.    Two officers came out.  One officer walked to my
20  right side and the other officer, Connizzo and he walked
21  over to the driver's side.
22     Q.    Is there a reason why you believe that that
23  officer's name is Connizzo?
24     A.    That is the picture that I seen from my lawyers
25  so he looked familiar to me, so yes.
```

J. HURT

1   Q.   So, it is your testimony that you identified
2   Sergeant Connizzo from a photograph that your attorney
3   showed you; is that correct?
4   A.   Yes.
5   Q.   Can you describe what he looked like?
6   A.   Salt and pepper beard, heavyset guy.
7   Q.   What do you mean when you say heavyset?
8   A.   More than 200 pounds.
9   Q.   Do you mean he's fat or muscular or something
10  else?
11  A.   Over 200.
12  Q.   How did you make the assessment that he was over
13  200 pounds?
14  A.   Because I'm over 200.
15  Q.   Approximately how tall is he?
16  A.   I don't know.
17  Q.   Was he taller than you?
18  A.   I don't remember.
19  Q.   When you say he's heavyset, do you mean that he
20  has a gut?  Can you describe what you mean when you say
21  heavyset?
22  A.   Over 200 pounds.
23  Q.   What gave you the impression he was over
24  200 pounds?
25  A.   Because I'm in the 200 range.