

# CIVILIAN COMPLAINT REVIEW BOARD
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

BILL DE BLASIO
MAYOR

RICHARD D. EMERY, ESQ.
CHAIR

MINA Q. MALIK, ESQ.
EXECUTIVE DIRECTOR

June 30, 2015

Mr. Samuel Cohen
Stecklow, Cohen, and Tompson
10 Spring Street
New York, NY 10012

Re: CCRB case number 201406980

Dear Mr. Cohen:

Following a thorough and impartial investigation by the Civilian Complaint Review Board's investigative staff, the Board reviewed the evidence regarding the above-referenced complaint. I am now writing to inform you of the Board's findings on the allegation(s) raised by this complaint.

| Allegation(s) by letter : | | Board finding(s) : |
|---|---|---|
| A) | Abuse of Authority:<br>Officers stopped the car in which James Hurt, Jr. was an occupant. | Officer(s) Unidentified |
| B) | Abuse of Authority:<br>An officer frisked James Hurt, Jr. | Officer(s) Unidentified |
| C) | Abuse of Authority:<br>An officer searched James Hurt, Jr. | Officer(s) Unidentified |
| D) | Abuse of Authority:<br>An officer searched the car in which James Hurt, Jr. was an occupant. | Officer(s) Unidentified |

| | | |
|---|---|---|
| E) | Abuse of Authority:<br>An officer searched James Hurt,<br>Jr.'s bag. | Officer(s) Unidentified |
| F) | Force:<br>Officers used physical force against<br>James Hurt, Jr. | Officer(s) Unidentified |
| G) | Force:<br>An officer struck James Hurt, Jr.<br>with a vehicle. | Officer(s) Unidentified |

For an explanation of the Board's finding(s), please refer to the enclosed form, which details what each finding means.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board appreciates your willingness to participate in this extremely important process.

If you have any further questions about this matter, please call Team Manager Cecelia Holloway (CRU), who supervised the investigation of this case, at (212) 442-8746.

Sincerely,

Mina Q. Malik
Executive Director

CONFIDENTIAL                                         DEF 0532