UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JAMES HURT JR.,

                     Plaintiffs,                **JOINT PROPOSED QUESTIONS FOR VOIR DIRE**

    -against-

                                                      ECF Case

                                                      15- CV-7612 (PKC)

THE CITY OF NEW YORK, a municipal entity,
NYPD SERGEANT MICHAEL CONNIZO
(Shield 1391, Tax ID 932485), and NYPD
POLICE OFFICER JOHN DOE.

                    Defendants.
------------------------------------------------------------------------X

        The parties, pursuant to Rule 47(a) of the Federal Rules of Civil Procedure, hereby jointly submit the following proposed questions for *voir dire*:

1. Please give your full name.

2. What neighborhood do you live in? How long have you lived there?

3. What kind of work do you do? (If retired or unemployed, what was the last type of work that you did?)

4. What is your job title?

5. Please state any other jobs you have held in the past 10 years.

6. Does/did your job cause you to work with any law enforcement office or agency?
   a. Which law enforcement office or agency?
   b. What type of interaction did you have with the law enforcement office or agency?
   c. Was your experience positive or negative? If it was negative, will you be able to separate your feelings about your prior contact with law enforcement and not hold it against the defendant police officers in this case?

7. Do you live with someone or multiple individuals? If yes, what is that person's or those individuals' occupation(s)?

8. Are you married? What kind of work does that person do?

9. Do you have children? How many? What ages? If your children are adults, what are their occupations?

10. Please describe your educational background, including any training institutes, colleges and graduate schools.

11. Have you ever practiced law, been a member of any bar, or attended any law school classes?

12. If you have ever practiced law, what kind of law have you practiced?

13. If you have ever practiced law, have you ever participated as counsel in a trial?

14. Is any member of your family, or are any of your close friends, a lawyer? If yes, please describe your relationship to each such person and the type of law that person practices.

15. Do you regularly read any newspapers or magazines? What are they?

16. Do you regularly read any blogs? What are they?

17. What types of books do you read?

18. Do you regularly watch television? What TV shows do you watch?

19. Do you regularly listen to the radio? What radio stations do you listen to?

20. Do you regularly listen to any podcasts? Which podcasts?

21. What activities or hobbies do you engage in?

22. Do you belong to any organizations or clubs?

23. Have you ever served in the military?
    a. Which branch?
    b. What rank did you hold?
    c. What duties did you have?
    d. Were you ever in the military police?

24. Have you or a member of your family or household or any close friend ever been involved in a lawsuit of any kind? If yes, please describe what the lawsuit was about and whether the result was satisfactory or unsatisfactory.

25. Have you ever been a witness for a party bringing a lawsuit? If yes, please describe the case and the nature of your testimony.

26. Have you ever been a juror before? In a civil or criminal case? Did the case go to verdict? Were you able to participate and deliberate freely, without undue influence from the other jurors?

27. Have you ever been on a Grand Jury? Did you actively participate in the deliberation process? Was your experience as a juror a positive or a negative experience? Would anything about your prior jury service affect your service on this case?

28. Name a famous person, living or dead, who you admire and please state why.

29. Have you, or has any member of your family, or have any of your close friends ever worked for the City of New York?

30. Have you, or has any member of your family or close friend worked for the NYPD or a law enforcement agency? If so, what positions were held and when?

31. Have you or anyone in your family or close friend ever been employed by a local, state or federal agency? If so, please describe. If so, would that prevent you from sitting impartially on this panel?

32. Have you or a member of your family or household or any close friend ever had any interaction with the New York City Police Department, or any other police department? If so, give details, for example: being arrested, a traffic stop, being stopped and questioned, reporting a crime, being convicted of a crime, etc.? **[To be explained outside the presence of the other prospective jurors]**

33. What was the nature of the contact or interaction? What was your impression of the police officers following the interaction? **[To be explained outside the presence of the other prospective jurors]**

34. Have you formed an opinion about the NYPD officers or any other law enforcement agency officers? If so, please explain. **[To be explained outside the presence of the other prospective jurors]**

35. Do you have any bias against the NYPD or its officers? **[To be explained outside the presence of the other prospective jurors]**

36. Do you know the plaintiff, James Hurt?

37. Do you know the defendant Sgt. Michael Connizzo?

38. Plaintiff in this case is represented by [number to be determined] attorneys. Do you know Cary London, Wylie Stecklow, or Samuel B. Cohen?

39. Defendants in this case are represented by [number to be determined] attorneys? Do you know either Angharad Wilson or [trial partners to be determined]?

40. Do you have any reason to believe that anything in your life experience would tend to make you partial to one side or the other in this case?

41. Will you be able to deliberate based solely on the evidence presented at trial and not based on any other information?

42. Will you be able to render a verdict based solely on the evidence, and not allow sympathy to affect your judgment?

43. Would you be able to evaluate each witness's credibility objectively, without bias or prejudice?

44. Will you be able to render a verdict based solely on the evidence and not allow sympathy to affect your judgment?

45. If you believed that the law the Judge instructs you to apply is morally wrong, would you still be able to apply it?

46. Are there any reasons why you would not be able to follow the Judge's instructions on the law?

47. Is there anything which has not been asked that you want to tell the Court about and which may be a factor in your ability to be fair and impartial in this case? You may speak to me and counsel privately if you wish.

Plaintiff's Proposed Voir Dire Questions:

48. Do you believe that just because someone is a police officer that they won't commit any crimes?

49. Do you believe that police officers, like normal people, are capable of committing crimes?

50. Is there anyone who does not think that police officers are capable of committing crimes?

Defendants' Proposed Voir Dire Questions:

51. You may have heard or read about recent incidents involving the police that have been in the news. These situations have absolutely nothing to do with these two police officers. To the extent you have any feelings about any unrelated incidents

involving the police, either positive or negative, will you be able to set those feelings aside and render a verdict in this case based solely on the evidence?

52. Have you or any friends or family ever participated in any protests concerning police officers or police conduct?

53. Have you or any friends or family ever posted or commented on blog posts or on social media regarding police officers or police conduct?

Dated: New York, New York
December 18, 2017


_____/s_____ _____/s_____
Cary London, Esq. Angharad Wilson, Esq.
London Indusi LLP New York City Law Department
Attorney for Plaintiffs Attorney for Defendants
186 Joralemon Street 100 Church Street
Suite 1202 New York, New York 10007
Brooklyn, NY 11201 Phone: 212-356-3523
Phone: 718-301-4593 Fax: 212-356-1148
Fax: 718-247-9391
Cary@LondonIndusi.com

Stecklow & Thompson
Wylie Stecklow, Esq.
217 Centre Street
New York, NY 10013

The Law Office of Samuel B. Cohen
494 8th Avenue, Suite 1000
New York, NY 10001

5