UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAMES HURT, JR.,

                                                     Plaintiffs,

-against-

THE CITY OF NEW YORK, a municipal entity,
NYPD SERGEANT MICHAEL CONNIZO
(Shield 1391, Tax ID 932485), and NYPD
POLICE OFFICER JOHN DOE.

                                                     Defendants.

JOINT PROPOSED
VERDICT SHEET

15-CV-7612 (PKC)

------------------------------------------------------------------------ x

**Plaintiff's Proposed Verdict Sheet:**

1. **Unlawful Stop & Search**

    Did Defendant Michael Connizo unlawfully stop and search plaintiff James Hurt?

    Yes_____          No_____

    If you answered "No", proceed to question 2.

    If yes, what amount of compensatory damages do you award to Plaintiff?

    $_____

    Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the unlawful stop and search claim?

    Yes_____          No_____

    If you answered "No", proceed to question 2.

1

If yes, what amount of punitive damages is plaintiff entitled to?

$_____

2. **False Arrest**

   Did Defendant Michael Connizzo falsely arrest plaintiff James Hurt?

   Yes_____        No_____

   If you answered "No", proceed to question 3.

   If yes, what amount of compensatory damages do you award to Plaintiff?

   $_____

   Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the false arrest claim?

   Yes_____        No_____

   If you answered "No", proceed to question 3.

   If yes, what amount of punitive damages is plaintiff entitled to?

   $_____

3. **Excessive Force**

   Did Defendant Michael Connizzo use excessive force against plaintiff James Hurt?

   Yes_____        No_____

<u>If you answered "No"</u>, proceed to question 4.

If yes, what amount of compensatory damages do you award to Plaintiff?

$_____

Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the excessive force claim?

Yes_____     No_____

<u>If you answered "No"</u>, proceed to question 4.

If yes, what amount of punitive damages is plaintiff entitled to?

$_____

4. **<u>Assault</u>**

   Did Defendant Michael Connizzo assault plaintiff James Hurt?

   Yes_____     No_____

   <u>If you answered "No"</u>, proceed to question 5.

   If yes, what amount of compensatory damages do you award to Plaintiff?

   $_____

   Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the assault claim?

   Yes_____     No_____

If you answered "No", proceed to question 5.

If yes, what amount of punitive damages is plaintiff entitled to?

$_____

5. **Battery**

   Did Defendant Michael Connizzo commit a battery against plaintiff James Hurt?

   Yes_____          No_____

   If you answered "No", your deliberations are finished. Page 5 of this verdict form should be signed and dated by the foreperson and given to the Marshal.

   If yes, what amount of compensatory damages do you award to Plaintiff?

   $_____

   Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the battery claim?

   Yes_____          No_____

   If you answered "No", your deliberations are finished. Page 5 of this verdict form should be signed and dated by the foreperson and given to the Marshal.

   If yes, what amount of punitive damages is plaintiff entitled to?

   $_____

Your deliberations are now finished. The verdict form should be signed and dated by the foreperson and given to the Marshal.

_____ \_\_\_, 2017
Brooklyn, New York

                              _____

                                    FOREPERSON

**INTENTIONALLY LEFT BLANK**

**Defendants' Proposed Verdict Sheet:**

Question 1 (Unlawful Stop and Search):

    Has plaintiff proven by a preponderance of the credible evidence that the defendant Michael Connizzo unlawfully stopped and searched him?

    Yes_____    No_____
    **If you answered "No" proceed to Question 3.**
    **If you answered "Yes" proceed to Question 2(a).**

Question 2(a) (Damages: Unlawful Stop and Search):

    Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of being unlawfully stopped and searched?
    Yes_____    No_____

    **If you answered "No," proceed to Question 2(b).**
    **If you answered "Yes," proceed to Question 2(c).**

Question 2(b):

    What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his claim for unlawful stop and search?    $_____    *Proceed to Question 3.*

Question 2(c):

    State the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence he is entitled to recover for on her claim for unlawful stop and search:

    $_____        **Proceed to Question 3**

Question 3 (False Arrest):

    Has plaintiff proven by a preponderance of the credible evidence that the defendant Michael Connizzo falsely arrested plaintiff on July 2, 2014?

    Yes_____    No_____
    **If you answered "No" proceed to Question 5.**
    **If you answered "Yes" proceed to Question 4(a).**

Question 4(a) (Damages: False Arrest):

Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of being falsely arrested?
Yes_____          No_____

**If you answered "No," proceed to Question 4(b).**
**If you answered "Yes," proceed to Question 4(c).**

Question 4(b):

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his claim for false arrest?          $_____          **Proceed to Question 5.**

Question 4(c):

State the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence she is entitled to recover for on her claim for false arrest:

$_____          **Proceed to Question 5.**

Question 5 (Excessive Force):

Has plaintiff proven by a preponderance of the credible evidence that defendant Michael Connizzo intentionally subjected him to excessive force?

Yes_____          No_____

**If you answered "No", proceed to Question 7.**
**If you answered "Yes," proceed to Question 6(a).**

Question 6(a) (Damages for Excessive Force):

Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of being subjected to excessive force?
Yes_____          No_____

**If you answered "No," proceed to Question 6(b).**
**If you answered "Yes," proceed to Question 6(c).**

Question 6(b):

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his excessive force claim?

$_____          **Proceed to Question 7.**

Question 6(c):

State the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence he is entitled to recover for being subject to excessive force:

$_____          **Proceed to Question 7.**


Question 7 (Negligence):

Has plaintiff proven by a preponderance of the credible evidence that the defendant Michael Connizzo negligently hit plaintiff with his car?

Yes_____          No_____

**If you answered "No", your deliberations are <u>finished</u>. Proceed to the instructions at the end.**
**If you answered "Yes," proceed to Question 8(a).**

Question 8(a) (Damages: Negligence):

Has plaintiff proven by a preponderance of the credible evidence that she suffered compensatory damages as a result of her fair trial claim?
Yes_____          No_____

**If you answered "Yes," proceed to Question 8(b).**

Question 8(b):

State the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence he is entitled to recover for his negligence claim: $_____

**Your deliberations are <u>finished</u>. Proceed to the instructions at the end.**

**YOU HAVE REACHED A VERDICT. THE FOREPERSON SHOULD DATE AND SIGN THIS VERDICT FORM AND ADVISE THE MARSHAL.**

Your foreperson must now sign and date the verdict sheet.

_____

Signature of foreperson

Dated: New York, New York

\_\_\_, 2017

Dated:   New York, New York
         December 18, 2017

_____/s_____                              _____/s_____
Cary London, Esq.                                Angharad Wilson, Esq.
London Indusi LLP                                New York City Law Department
Attorney for Plaintiffs                          Attorney for Defendant
186 Joralemon Street                             100 Church Street
Suite 1202                                       New York, New York 10007
Brooklyn, NY 11201                               Phone: 212-356-2572
Phone: 718-301-4593                              Fax: 212-356-3509
Fax: 718-247-9391
Cary@LondonIndusi.com

Stecklow & Thompson
Wylie Stecklow, Esq.
217 Centre Street
New York, NY 10013

The Law Office of Samuel B. Cohen
494 8th Avenue, Suite 1000
New York, NY 10001