UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JAMES HURT, JR.,

Plaintiffs,

-against-

THE CITY OF NEW YORK, a municipal entity, NYPD SERGEANT MICHAEL CONNIZZO (Shield 1391, Tax ID 932485), and NYPD POLICE OFFICER JOHN DOE.

Defendants.
------------------------------------------------------------------- x

**JOINT PROPOSED VERDICT SHEET**

15-CV-7612 (PKC)

# Plaintiff's Proposed Verdict Sheet

1. **Unlawful Stop & Search against Michael Connizzo**

Did Defendant Michael Connizzo unlawfully stop and search plaintiff James Hurt?

Yes_______ No_______

If you answered "No", proceed to question 2.

If yes, what amount of compensatory damages do you award to Plaintiff?

$____________

Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the unlawful stop and search claim?

Yes_______ No_______

If you answered "No", proceed to question 2.

If yes, what amount of punitive damages is plaintiff entitled to?

$____________

**2. False Arrest against Michael Connizzo**

Did Defendant Michael Connizzo falsely arreast plaintiff James Hurt?

Yes_______ No_______

If you answered "No", proceed to question 3.

If yes, what amount of compensatory damages do you award to Plaintiff?

$____________

Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the false arrest claim?

Yes_______ No_______

If you answered "No", proceed to question 3.

If yes, what amount of punitive damages is plaintiff entitled to?

$____________

**3. Excessive Force against Michael Connizzo**

Did Defendant Michael Connizzo use excessive force against plaintiff James Hurt?

Yes_______ No_______

If you answered “No”, proceed to question 4.

If yes, what amount of compensatory damages do you award to Plaintiff?

$____________

Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the excessive force claim?

Yes_______ No_______

If you answered “No”, proceed to question 4.

If yes, what amount of punitive damages is plaintiff entitled to?

$____________

**4. Assault against Michael Connizzo**

Did Defendant Michael Connizzo assault plaintiff James Hurt?

Yes_______ No_______

If you answered “No”, proceed to question 5.

If yes, what amount of compensatory damages do you award to Plaintiff?

$____________

Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the assault claim?

Yes_______ No_______

If you answered "No", proceed to question 5.

If yes, what amount of punitive damages is plaintiff entitled to?

$____________

5. **Battery against Michael Connizzo**

Did Defendant Michael Connizzo commit a battery against plaintiff James Hurt?

Yes_______ No_______

If you answered "No", please go to question 6.

If yes, what amount of compensatory damages do you award to Plaintiff?

$____________

Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the battery claim?

Yes_______ No_______

If you answered "No", please go to question 6.

If yes, what amount of punitive damages is plaintiff entitled to?

$____________

6. **Unlawful Stop & Search against the NYPD**

Did an NYPD officer unlawfully stop and search plaintiff James Hurt?

Yes_______ No_______

If you answered "No", proceed to question 7.

If yes, what amount of compensatory damages do you award to Plaintiff?

$____________

Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the unlawful stop and search claim?

Yes_______ No_______

If you answered "No", proceed to question 7.

If yes, what amount of punitive damages is plaintiff entitled to?

$____________

**7. Unlawful Detention against NYPD**

Did an NYPD Officer unlawfully detain plaintiff James Hurt?

Yes_______ No_______

If you answered "No", proceed to question 8.

If yes, what amount of compensatory damages do you award to Plaintiff?

$____________

Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the unlawful detention claim ?

Yes_______ No_______

If you answered "No", proceed to question 8.

If yes, what amount of punitive damages is plaintiff entitled to?

$____________

**8. Excessive Force against NYPD**

Did an NYPD officer use excessive force against plaintiff James Hurt?

Yes_______ No_______

If you answered "No", proceed to question 9.

If yes, what amount of compensatory damages do you award to Plaintiff?

$____________

Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the excessive force claim?

Yes_______ No_______

If you answered "No", proceed to question 9.

If yes, what amount of punitive damages is plaintiff entitled to?

$____________

**9. <u>Assault against NYPD</u>**

Did an NYPD officer assault plaintiff James Hurt?

Yes_______ No_______

<u>If you answered “No”</u>, proceed to question 10.

If yes, what amount of compensatory damages do you award to Plaintiff?

$____________

Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the assault claim?

Yes_______ No_______

<u>If you answered “No”</u>, proceed to question 10.

If yes, what amount of punitive damages is plaintiff entitled to?

$____________

**10. <u>Battery against NYPD</u>**

Did an NYPD Officer commit a battery against plaintiff James Hurt?

Yes_______ No_______

If you answered "No", your deliberations are finished. Page 8 of this verdict form should be signed and dated by the foreperson and given to the Marshal.

If yes, what amount of compensatory damages do you award to Plaintiff?

$____________

Did plaintiff James Hurt prove he is entitled to punitive damages as a result of the battery claim?

Yes_______ No_______

If you answered "No", your deliberations are finished. Page 8 of this verdict form should be signed and dated by the foreperson and given to the Marshal.

If yes, what amount of punitive damages is plaintiff entitled to?

$____________

Your deliberations are now finished. The verdict form should be signed and dated by the foreperson and given to the Marshal.

_______ ___, 2019
New York, New York

_________________________

FOREPERSON

# End of Plaintiff's Proposed Verdict Sheet

# Defendants’ Proposed Verdict Sheet

Question 1 (Unlawful Stop):

Has plaintiff proven by a preponderance of the credible evidence that the defendant Michael Connizzo unlawfully stopped him on July 2, 2014?

Yes________ No________

**If you answered “No” proceed to Question 3.**

**If you answered “Yes” proceed to Question 2(a).**

Question 2(a) (Damages: Unlawful Stop):

Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of being unlawfully stopped?

Yes_______ No_______

**If you answered “No,” proceed to Question 2(b).**

**If you answered “Yes,” proceed to Question 2(c).**

Question 2(b):

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his claim for unlawful stop? $__________ *Proceed to Question 3.*

Question 2(c):

State the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence he is entitled to recover for on his claim for the unlawful stop:

$__________ **Proceed to Question 3**

Question 3 (Unlawful Search):

Has plaintiff proven by a preponderance of the credible evidence that the defendant Michael Connizzo unlawfully searched plaintiff on July 2, 2014?

Yes________ No________

**If you answered “No” proceed to Question 5.**

**If you answered “Yes” proceed to Question 4(a).**

Question 4(a) (Damages: Unlawful Search):

Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of being unlawfully searched?
Yes_______ No_______

**If you answered "No," proceed to Question 4(b).**
**If you answered "Yes," proceed to Question 4(c).**

Question 4(b):

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his claim for unlawful search? $__________ **Proceed to Question 5.**

Question 4(c):

State the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence he is entitled to recover for on his claim for false arrest:

$__________ **Proceed to Question 5.**

Question 5 (Excessive Force):

Has plaintiff proven by a preponderance of the credible evidence that defendant Michael Connizzo intentionally subjected him to excessive force on July 2, 2014?

Yes_______ No_______

**If you answered "No", your deliberations are finished. Proceed to the instructions at the end.**
**If you answered "Yes," as to either defendant proceed to Question 6(a).**

Question 6(a) (Damages for Excessive Force):

Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of being subjected to excessive force?
Yes_______ No_______

**If you answered "No," proceed to Question 6(b).**
**If you answered "Yes," proceed to Question 6(c).**

Question 6(b):

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his excessive force claim?

$__________

**Your deliberations are finished. Proceed to the instructions at the end.**

Question 6(c):

State the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence he is entitled to recover for being subject to excessive force:

$__________

**Your deliberations are finished. Proceed to the instructions at the end.**

**YOU HAVE REACHED A VERDICT. THE FOREPERSON SHOULD DATE AND SIGN THIS VERDICT FORM AND ADVISE THE MARSHAL.**

Your foreperson must now sign and date the verdict sheet.

________________________________

Signature of foreperson

Dated: New York, New York

___, 2019

# End of Defendants' Proposed Verdict Sheet