

Wylie Stecklow, Esq.
217 Centre Street, 6th Floor
New York, New York 10012
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

January 17, 2019

**VIA ECF**
Honorable Judge P. Kevin Castel
USDJ – SDNY
500 Pearl Street
New York, NY 10007

Re:   James Hurt, Jr. v. City of NY 15cv7612 (PKC)

Dear Judge Castel:

Please remember that I am one of the attorneys for the plaintiff in the above referenced matter. I write concerning the accommodation graciously granted to the undersigned by this court during the last conference. The trial has been scheduled to start Monday February 4, 2019. Previously, the court granted my request to start the Wednesday day of trial at 1:00pm due to my schedule teaching at Fordham Law School. However, I have learned that my weekly teaching morning is Thursdays 9AM – 1150AM, not Wednesdays as I previously believed. I wish to alert the Court and the other parties, as I will be able to appear in court on Wednesday February 6, 2019 (if the trial were to start that week and continue). However, I would respectfully request the court consider granting this accommodation for Thursday February 7, 2019 for the trial day to begin that day at 1:00pm, so that I may be able teach the class that morning and not miss any part of the trial.

Respectfully submitted,

--/s/--
Wylie M. Stecklow, Esq.
Wylie Stecklow PLLC
217 Centre Street, 6th Floor
New York, NY 10013
wylie@wylielaw.com
Tel: (212) 566 8000 x 3