COURT'S
EXHIBIT NO __ 15 __
IDENTIFICATION/EVIDENCE
DKT.# 15 CV 76 12
DATE: 2/8/19
PENGAD 800-631-6989

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES HURT, JR.,                          )
                                          )
                    Plaintiff,            )        VERDICT FORM
                                          )
        -against-                         )        15 Civ. 7612 (PKC)
                                          )
THE CITY OF NEW YORK, NYPD SERGEANT )
MICHAEL CONNIZZO and NYPD POLICE          )
OFFICER JOHN DOE,                         )
                                          )
                    Defendants.           )
-------------------------------------------------------------X


**Question 1:**

    A.  Has plaintiff James Hurt proven by a preponderance of the evidence that he
        was unlawfully stopped and searched by defendant Michael Connizzo?

           Yes_____           No____ X ____

*If you answered "No" to this question, proceed to Question 2.*

    B.  Has plaintiff proven by a preponderance of the evidence that he suffered
        compensatory damages as a result of being unlawfully stopped and searched
        by defendant Michael Connizzo?

           Yes_____           No_____

    C.  If you answered "Yes" to Questions 1.A and 1.B, state the total dollar amount
        of any actual compensatory damages that plaintiff has proven by a
        preponderance of the evidence that he is entitled to for his claim that he was
        unlawfully stopped and searched:

$_____

    D.  If you answered "Yes" to Question 1.A but no to Question 1.B, state the
        amount of nominal damages, not to exceed one dollar, you award plaintiff for
        his claim that he was unlawfully stopped and searched:

$_____

E. Has plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages against Michael Connizzo as a result of being unlawfully stopped and searched?

Yes_____                    No_____

*If you answered "No" to this question, proceed to Question 2.*

F. If you answered "Yes," state the total dollar amount of punitive damages to be assessed against Michael Connizzo:

$_____

**Question 2:**

A. Has plaintiff James Hurt proven by a preponderance of the evidence that he was unlawfully arrested by defendant Michael Connizzo?

Yes_____                    No___ X ___

*If you answered "No" to this question, proceed to Question 3.*

B. Has plaintiff proven by a preponderance of the evidence that he suffered compensatory damages as a result of being unlawfully arrested by defendant Michael Connizzo?

Yes_____                    No_____

C. If you answered "Yes" to Question 2.A and Question 2.B, state the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence that he is entitled to for his claim that he was unlawfully arrested:

$_____

D. If you answered "Yes" to Question 2.A but "No" to Question 2.B, state the amount of nominal damages, not to exceed one dollar, you award plaintiff for his claim that he was unlawfully arrested:

$_____

E. Has plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages against Michael Connizzo as a result of being unlawfully arrested?

Yes_____          No_____

*If you answered "No" to this question, proceed to Question 3.*

F. If you answered "Yes," state the total dollar amount of punitive damages to be assessed against Michael Connizzo:

$_____

**Question 3:**

A. Has plaintiff James Hurt proven by a preponderance of the evidence that defendant Michael Connizzo used excessive force against him?

Yes_____          No___X____

*If you answered "No" to this question, proceed to Question 4.*

B. Has plaintiff proven by a preponderance of the evidence that he suffered compensatory damages as a result of being subject to excessive force by defendant Michael Connizzo?

Yes_____          No_____

C. If you answered "Yes" to Question 3.A and Question 3.B, state the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence that he is entitled to for his claim that he was subject to excessive force:

$_____

D. If you answered "Yes" to Question 3.A but "No" to Question 3.B, state the amount of nominal damages, not to exceed one dollar, you award plaintiff for his claim that he was subject to excessive force:

$_____

    E.  Has plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages against Michael Connizzo as a result of being subject to excessive force?

Yes_____          No_____

*If you answered "No" to this question, proceed to Question 4.*

    F.  If you answered "Yes," state the total dollar amount of punitive damages to be assessed against Michael Connizzo:

$_____

**Question 4:**

    A.  Has plaintiff James Hurt proven by a preponderance of the evidence that he was assaulted by defendant Michael Connizzo?

Yes_____          No___X___

*If you answered "No" to this question, proceed to Question 5.*

    B.  If you answered yes, what amount of compensatory damages do you award as a result of the assault claim?

$_____

    C.  Has plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages as a result of being assaulted?

Yes_____          No_____

*If you answered "No" to this question, proceed to Question 5.*

    D.  If you answered "Yes," state the total dollar amount of punitive damages to be assessed against Michael Connizzo:

$_____

**Question 5:**

    A. Has plaintiff James Hurt proven by a preponderance of the evidence that defendant Michael Connizzo committed battery against him?

                Yes_____                No___✗___

*If you answered "No" to this question, proceed to Question 6.*

    B. If you answered yes, what amount of compensatory damages do you award as a result of the battery claim?

$_____

    C. Has plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages as a result of the battery?

                Yes_____                No_____

*If you answered "No" to this question, proceed to Question 6.*

    D. If you answered "Yes," state the total dollar amount of punitive damages to be assessed against Michael Connizzo:

$_____

**Question 6:**

    A. Has plaintiff James Hurt proven by a preponderance of the evidence that defendant Michael Connizzo negligently injured him?

                Yes_____                No___✗___

*If you answered "No" to this question, proceed to Question 7.*

    B. If you answered yes, what amount of compensatory damages do you award as a result of the negligence claim?

$_____

**Question 7:**

A. Has plaintiff James Hurt proven by a preponderance of the evidence that a member of the New York City Police Department, other than defendant Michael Connizzo, assaulted him?

Yes                No_____

*If you answered "No" to this question, proceed to Question 8.*

B. If you answered yes, what amount of compensatory damages do you award as a result of the assault claim?

$ *500,000*

**Question 8:**

A. Has plaintiff James Hurt proven by a preponderance of the evidence that a member of the New York City Police Department, other than defendant Michael Connizzo, committed battery against him?

Yes                No_____

*If you answered "No" to this question, proceed to Question 9.*

B. If you answered yes, what amount of compensatory damages do you award as a result of the battery claim?

$ *500,000*

**Question 9:**

A. Has plaintiff James Hurt proven by a preponderance of the evidence that a member of the New York City Police Department, other than defendant Michael Connizzo, negligently injured him?

Yes __X__               No_____

*If you answered "No" to this question, proceed to Question 10.*

B. If you answered yes, what amount of compensatory damages do you award as a result of the negligence claim?

$ *350,000*

**Question 10:**

If you answered "Yes" to Question 4, Question 5 or Question 6, do you find that defendant Michael Connizzo was acting within the scope of his authority as an employee of the City of New York?

Yes_____          No_____

**Question 11:**

If you answered "Yes" to Question 7, Question 8 or Question 9, do you find that a member of the New York City Police Department, other than defendant Michael Connizzo, was acting within the scope of his authority as an employee of the City of New York?

Yes____X_____          No_____

You have completed all questions.  Please proceed to the signature line.

**Foreperson, please sign and date the verdict sheet.  Then, without disclosing your verdict, advise the Deputy Marshal in a note that you have reached a verdict and are ready to return to the courtroom to announce your verdict.**

DATED: February _____8_____, 2019
       NEW YORK, NY

_____
FOREPERSON