UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES HURT, Jr.,

                Plaintiff,                      15 **CIVIL** 7612 (PKC)

        -against-                              **JUDGMENT**

THE CITY OF NEW YORK, NYPD SERGEANT
MICHAEL CONNIZZO

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That, upon the Jury's Verdict, after a Jury Trial before the Honorable P. Kevin Castel, United States District Judge, Plaintiff James Hurt, Jr. have judgment in the sum of $ 1,350,000.00 as against defendant the City of New York on plaintiff's state law claims and defendant, Michael Connizzo has judgment in his favor dismissing all of plaintiff's claims against him.

DATED: New York, New York
              February 15, 2019

So Ordered:

_____
U.S.D.J.

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk