

|  | Wylie Stecklow, Esq.<br>233 Broadway, Suite 820<br>New York, New York 10279<br>Phone: (212) 566-8000<br>Fax: (212) 202-4952<br>Wylie@wylielaw.com |

November 15, 2019

**VIA ECF**
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The case is stayed through December 2, 2019.
> SO ORDERED.
> Dated: 11/18/2019
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re:   *James Hurt, Jr. v. City of New York et al*, 15-CV-7612(PKC)

-   **UPDATE -**

Dear Hon. Judge Castel:

   Please recall that I am co-counsel to James Hurt, Jr. and write on consent of both parties concerning the recent court decision, Docket 167, dated November 6, 2019. The parties have schedule a conference call to discuss the matter for Friday November 22, 2019.  By this letter, Plaintiff respectfully requests the Court to extend all time for Plaintiff's response to the judicial decision (Docket 167) to December 2, 2019.   Counsel for the Defendants consent to this request.

   This is the first time this request is being made.

   Respectfully submitted,

   Wylie M. Stecklow, Esq.